UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------X

ADVANCED CABLE TIES, INC.,  :  Civil Action

    Plaintiff,  :  RULE 7.3 STATEMENT

  -against-      05 1 0 9 2 6 RWZ

BAY STATE CABLE TIES, LLC and  :
STEPHEN DALTON,
                        :

    Defendants.
------------------------------------------------X

This Statement is submitted pursuant to Local Rule of Civil Procedure 7.3 to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal. The undersigned counsel for defendant, Bay State Cable Ties, LLC, certifies that it has no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: May 5, 2005

                                                  CURTIS, MALLET-PREVOST,
                                                    COLT & MOSLE LLP

                                                    By: _____
                                                       Turner P. Smith
                                                       101 Park Avenue
                                                       New York, New York 10178
                                                       (212) 696-6000

                                                       Attorneys for Defendants

2340492v4