UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------X

ADVANCED CABLE TIES, INC.,          :     Civil Action

             Plaintiff,                :

            -against-                :

BAY STATE CABLE TIES, LLC and       :
STEPHEN DALTON,
                                           :

            Defendants.
------------------------------------------------X

## CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

Defendants Bay State Cable Ties, LLC and Stephen Dalton, by their undersigned counsel, hereby certify that they have given written notice of the filing of their Notice of Removal to all parties in the above-captioned action and that they have filed a copy of the Notice of Removal with the Clerk of Worcester Superior Court for the Commonwealth of Massachusetts.

Dated:  May 5, 2005

                                                             Respectfully submitted,

                                                             CURTIS, MALLET-PREVOST,
                                                             COLT & MOSLE LLP

                                                             By: _____
                                                                 Turner P. Smith
                                                             101 Park Avenue
                                                            New York, New York  10178
                                                           (212) 696-6000

                                                           Attorneys for Defendants

2340492v2