### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                  )ss.:
COUNTY OF NEW YORK )

05 10926 RWZ

JACQUELINE T. DIMARCO, being duly sworn, deposes and says:

I am over the age of eighteen years and am not a party to this action.

On May 4, 2005, I served a copy of the within Notice of Removal in the case entitled <u>Advanced Cable Ties, Inc. v. Bay State Cable Ties, LLC</u>, by mailing same in a sealed envelope, properly addressed, postage prepaid, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon the following parties:

> Scott S. Sinrich, Esq.
> Phillips, Silver, Talman, Aframe & Sinrich, P.C.
> 340 Main Street, Suite 900
> Worcester, MA 01608-1695

                                    _____
                                    Jacqueline T. DiMarco

Sworn to before me this
4th day of May, 2005

_____
Notary Public

LYNN M. MOONEY
Notary Public, State of New York
No. 41-4841073
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 30, 20__

2343790v1