UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------x
ADVANCED CABLE TIES, INC.,

                              Plaintiff,           Civil Action: 1:05-CV-10926

     -against-                         AFFIDAVIT OF SERVICE

BAY STATE CABLE TIES, LLC and
STEPHEN DALTON,

                              Defendants.
-------------------------------------------------------x

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

        TURNER P. SMITH, being duly sworn, deposes and says:

        1.    I am an attorney admitted to this Court and that I represent the defendants Bay State Cable Ties, LLC and Stephen Dalton in this action.

        2.    On May 9, 2005, I mailed a copy of the defendants' Answer by regular United States mail to:

                Scott S. Sinrich
                Phillips, Silver, Talman, Aframe & Sinrich, P.C.
                340 Main Street
                Suite 900
                Worcester, MA  01608

                                                          TURNER P. SMITH

Sworn to before me this
10th day of May, 2005

NOTARY PUBLIC

JACQUELINE T. DIMARCO
Notary Public, State of New York
No. 31-4841199
Qualified in New York County
Commission Expires October 31, 2005

2349216v1