UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10926-RWZ

| | |
|---|---|
| ADVANCED CABLE TIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | LOCAL RULE 16.1(D) |
| v. ) | CERTIFICATION BY PLAINTIFF |
| ) | |
| BAY STATE CABLE TIES, LLC and ) | |
| STEPHEN DALTON, ) | |
| ) | |
| Defendants. ) | |

Scott Sinrich, counsel for Plaintiff Advanced Cable Ties, Inc. and Kenneth Tomasetti, authorized representative of Advanced Cable Ties, Inc. hereby certify and affirm that they have conferred: (1) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Scott Sinrich, BBO 31062
Phillips, Silver, Talman, Aframe & Sinrich, P.C.
340 Main Street, Suite 900
Worcester, MA 01608
(508) 754-6852

_____
Kenneth Tomasetti
Advanced Cable Ties, Inc.
245 Suffolk Lane
Gardner, Massachusetts 01440
(978) 630-3900