UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10926-RWZ

| | |
|---|---|
| ADVANCED CABLE TIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO ADMIT** |
| v. ) | **JESSICA GODFREY** |
| ) | **PRO HAC VICE** |
| BAY STATE CABLE TIES, LLC and ) | |
| STEPHEN DALTON, ) | |
| ) | |
| Defendants. ) | |

1. I am admitted to practice law in the United States District Court, District of Massachusetts.

2. The undersigned moves this Court to admit Jessica Godfrey pro hac vice in order to represent our client, Advanced Cable Ties, Inc., in a litigation matter before the United States District Court, District of Massachusetts.

3. Our firm has employed Ms. Godfrey for more than two years. I have found Ms. Godfrey at all times to be an honorable and competent attorney. For this reason, I have no reservation in requesting this Court to admit Ms. Godfrey pro hac vice in order to represent our client, Advanced Cable Ties, Inc.

Dated this 20th day of July, 2005.

_/s/ Scott Sinrich_
Scott Sinrich, Esq., No. 31062
Phillips, Silver, Talman, Aframe & Sinrich, P.C.
340 Main Street, Suite 900
Worcester, MA 01608
(508) 754-6852

**CERTIFICATE OF SERVICE**

Worcester, ss.                                                                                   July 20, 2005

I, Scott Sinrich, hereby certify that I served a copy of the within via first class mail, postage prepaid to:

Turner Smith, Esq.
101 Park Avenue
New York, New York 10178

being counsel of record for Defendants.

_/s/ Scott Sinrich_
Scott Sinrich, Esq.

**FILING FEE PAID:**
RECEIPT # 104614
AMOUNT $ 50.00
BY DPTY CLK _____
DATE 7-21-05