UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10926-FDS

| | |
|---|---|
| ADVANCED CABLE TIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | AFFIDAVIT OF |
| v. ) | JESSICA GODFREY IN SUPPORT |
| ) | OF MOTION TO ADMIT |
| BAY STATE CABLE TIES, LLC and ) | PRO HAC VICE |
| STEPHEN DALTON, ) | |
| ) | |
| Defendants. ) | |

1. I, Jessica Godfrey, a member of good standing with the Massachusetts bar, request admission, *pro hac vice*, before the Honorable F. Dennis Saylor, to represent the Plaintiff, Advanced Cable Ties, Inc.

2. I certify that I am a member in good standing of the Massachusetts bar and I further certify that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of this Court.

_____
Jessica Godfrey

7/21/05