UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ADVANCED CABLE TIES, INC.**

    **Plaintiffs**

    v.                                                              CIVIL ACTION
                                                                  NO. 05-10926-FDS

**BAY STATE CABLE TIES, LLC and**
**STEPHEN DALTON**

    **Defendant**

## SCHEDULING ORDER

**SAYLOR, J.**

    This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

### Timetable for Discovery and Motion Practice

    The parties have proposed that discovery proceed in phases, with the initial phase to consist of document production, interrogatories, and a limited number of depositions. Accordingly, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by August 6, 2005.

2. **Limited Initial Discovery.**

   a. All requests for production of documents and interrogatories must be served by September 30, 2005 and responses must be served by November 30, 2005.

   b. Lists of individuals the parties intend to depose during the initial phase must be served by December 10, 2005.

   c. The plaintiff may conduct depositions of the defendants' website hosting companies for the period of August 2000 to April 2005. Such depositions must be completed by January 31, 2006.

**4.** **Status Conference.** A status conference will be held on February 2, 2006. Among other things, the parties will advise the court at that time as to the need for additional discovery. At that point, the parties shall also submit a proposed discovery and motion schedule.

<div style="margin-left: 50%;">By the Court,</div>

| | |
|---|---|
| July 26, 2005 | /s/ Martin Castles |
| Date | Deputy Clerk |