UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------X

ADVANCED CABLE TIES, INC.,  :   Civil Action 1:05-CV-10926-FDS

    Plaintiff,  :

  -against-  :

BAY STATE CABLE TIES, LLC and  :
STEPHEN DALTON,
   :
    Defendants.
------------------------------------------------X

## DEFENDANTS' DISCLOSURES
## PURSUANT TO LOCAL RULE 16.1(d)(3)

Pursuant to Local Rule 16.1(d)(3), defendants Bay State Cable Ties, LLC ("Bay State") and Stephen Dalton certify that they have conferred with their undersigned counsel regarding:

  (a) A budget for the costs of conducting the full course (and any alternative courses) of this litigation; and

  (b) consideration of resolving this litigation through the use of alternative dispute resolution programs.

New York, New York
August 8, 2005

BAY STATE CABLE TIES, LLC

By /s/ Stephen Dalton
  Stephen Dalton

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: /s/
  Turner P. Smith Bar #470340
101 Park Avenue
New York, New York 10178
(212) 696-6000

Attorneys for Defendants

2453092v1