UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CABLE TIES, INC., ) | Civil Action No. 05-10926-FDS |
| ) | |
| Plaintiff, ) | |
| ) | JOINT MOTION TO CONTINUE |
| v. ) | FURTHER STATUS CONFERENCE |
| ) | |
| BAY STATE CABLE TIES, LLC and ) | |
| STEPHEN DALTON, ) | |
| ) | |
| Defendants. ) | |

The parties, Advanced Cable Ties, Inc., Bay State Cable Ties, LLC and Stephen Dalton, request this Court continue the status conference scheduled for May 30, 2006 to a later date.

In support, the parties appeared for a status conference on April 3, 2006 before this Court (Saylor, J.). The parties were ordered to submit to mediation before Magistrate Judge William Hillman prior to returning for a further status conference on May 30, 2006. Judge Hillman is unavailable for mediation prior to May 30, 2006. However, the Court scheduled mediation with Judge Hillman for June 13, 2006.

WHEREFORE, the parties respectfully request the further status conference scheduled for May 30, 2006 be continued to a later date after June 13, 2006.

Respectfully Submitted on May 16, 2006 By,

| ADVANCED CABLE TIES, INC. | BAY STATE CABLE TIES, LLC and |
| By Its Attorney, | STEPHEN DALTON, |
| | By Their Attorney, |
| /s/ Scott S. Sinrich | /s/ Turner Smith |
| Scott S. Sinrich, No. 31062 | Turner Smith |
| Phillips, Silver, Talman, Aframe & Sinrich, P.C. | Curtis, Mallet-Prevost, Colt & Mosle, LLP |
| 340 Main Street, Suite 900 | 101 Park Avenue |
| Worcester, MA 01608 | New York, New York 10178 |
| Tel (508) 754-6852 | Tel (212) 696-6000 |