## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ADVANCED CABLE TIES, INC.,

       Plaintiff,                        CIVIL ACTION

v.                                    NO.  05-10926-FDS

BAY STATE CABLE TIES, LLC, et. al.,

       Defendants,

### REPORT RE: REFERENCE FOR
### ALTERNATIVE DISPUTE RESOLUTION

### TO: JUDGE SAYLOR

**HILLMAN, M.J.**

**This case was referred to Judge Hillman  for Mediation. When parties were contacted,  the clerk was informed that the case had settled, and the parties requested a 60 Day Order.**

**The case was:**

( **X** )    **Settled.**

(   )    **There was progress.  A further conference has been scheduled for _____.**
          **unless the case is reported settled prior to that date.**

(   )    **Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.**

**June 12, 2006_____**                  **/s/ Timothy S. Hillman___**
**Date**                                 **TIMOTHY S. HILLMAN**
                                    **MAGISTRATE JUDGE**