# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Advanced Cable Ties,
            Plaintiff(s),

                                        CIVIL ACTION

        V.                              NO. 05-10926-FDS


Bay State Cable Ties,
            Defendant(s),


### SETTLEMENT ORDER OF DISMISSAL


Saylor, D. J.


        The Court having been advised on ____June 12, 2006_____

that the above-entitled action has been settled;

        IT IS ORDERED that this action is hereby dismissed without costs and

without prejudice to the right of any party, upon good cause shown, to reopen the

action within sixty (60) days if settlement is not consummated.


                                        By the Court,


____June 12,  2006____                  ___/s/ Martin Castles_____
        Date                            Deputy Clerk